# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00011-CR

In re Gabryelle Daniels

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator, Gabryelle Daniels, on January 9, 2026, is DENIED.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  January 22, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Do not publish
OT06

